DENNIS L. KENNEDY
Nevada Bar No. 1462
BRANDON P. KEMBLE
Nevada Bar No. 11175
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile

BIJAN AMINI (Admitted *Pro Hac Vice*)
LITA BETH WRIGHT (Admitted *Pro Hac Vice*)
STORCH AMINI & MUNVES PC
140 East 45th Street
New York, New York 10017
(212) 490-4100 Telephone
(212) 490-4208 Facsimile

Attorneys for Plaintiff
John P. Brincko

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN P. BRINCKO, as Chapter 11 Trustee of Debtor National Consumer Mortgage, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RIO PROPERTIES INC,<br><br>Defendant(s). | 2:10−cv−00930−PMP−PAL<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR LEAVE TO FILE EXPERT REPORTS UNDER SEAL** |

The Court having reviewed the Notice of Motion and Memorandum of Points and Authorities in Support of the motion of Plaintiff John P. Brincko (the "Plaintiff" or "Trustee"), as Chapter 11 Trustee of the debtor National Consumer Mortgage, LLC ("NCM" or the "Debtor"), for leave to file under seal with this Court seven expert reports (collectively, the "Expert Reports"), and the Declaration of Jason Levin, dated August 19, 2010, and the exhibits thereto, and there being no opposition thereto, finds that:

1  WHEREAS, Each of the Expert Reports will be submitted in connection with the Trustee's motion for leave to file the Expert Rebuttal Report of Peter Djinis (the "Djinis Motion"), and reference and discuss documents previously designated by the Rio as confidential under the confidentiality order in this case and/or previously filed under seal in the United States Bankruptcy or District Court for the Central District of California prior to the transfer of this action.

Good cause appearing therefor, the Court hereby orders the following:

1. The Trustee's application to file the Expert Reports under seal in support of the Djinis Motion is granted;

2. This Order is without Prejudice to the Trustee's ability to contest the confidentiality of either the materials referenced in the Expert Reports that the Rio has designated as confidential under the confidentiality order or the Expert Reports in this case, in subsequent proceedings, or at trial.

3. The Trustee shall file under seal the Expert Reports with the Court in accordance with Local Rule 9018.

IT IS SO ORDERED.

DATED:  August 23, 2010.

_____
PHILIP M. PRO
United States District Judge