# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re:

NATIONAL CONSUMER MORTGAGE, LLC

                           Debtor.

JOHN P. BRINCKO,

                           Plaintiff,

vs.

RIO PROPERTIES, INC.,

                           Defendant.

Case No.2:10-cv-00930-PMP-PAL

**ORDER**

(Motion to Strike- Dkt. #86)

      Before the court is a Motion to Strike and Evidentiary Objections to the Declaration of Russell Bogart offered in support of the Trustee's Opposition to Rio's Motion to Transfer of Venue (Dkt. #86). For reasons the court cannot discern, it remains open as an undecided matter on this court's docket even though the motion to transfer venue was decided by the judge in the Central District of California and granted. To remove the matter from this court' docket,

      **IT IS ORDERED** the Motion to Strike (Dkt. #86) is **DENIED as MOOT**, the matter having been transferred to this venue.

      Dated this 30th day of March, 2011.

                                                          _____
                                                          Peggy A. Leen
                                                          United States Magistrate Judge