NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 00532
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email:        nsantoro@nevadafirm.com
              jboyle@nevadafirm.com

JAMES P. FOGELMAN, ESQ.
Nevada Bar No. 09803
SHANNON E. MADER, ESQ.
Cal. Bar No. 235271; *admitted pro hac vice*
GENEVIEVE G. WEINER, ESQ.
Cal. Bar No. 254272; *admitted pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:    213/229-7000
Facsimile:    213/229-7520
Email:        jfogelman@gibsondunn.com
              smader@gibsondunn.com
              gweiner@gibsondunn.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. BRINCKO, as Chapter 11 Trustee of Debtor National Consumer Mortgage, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RIO PROPERTIES INC.,<br><br>Defendant. | CASE NO.: 2:10-cv-00930-PMP-PAL<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF GENEVIEVE G. WEINER IN SUPPORT OF DEFENDANT'S POSITION IN THE PARTIES JOINT DISCOVERY STIPULATION** |

The Court having reviewed the Defendant Rio Properties, Inc's (the "Defendant" or "Rio") Motion for Leave to File Certain Exhibits to the Declaration of Genevieve G. Weiner ("the "Wiener Decl.") In Support of Defendant's Position In the Parties Joint Discovery

1

Stipulation (the "Motion to Seal"), and good cause appearing, it is hereby ORDERED and DECREED as follows:

    1. Rio's Motion to Seal is hereby GRANTED;

    2. Each of the documents listed in Paragraph 3 below will be submitted in support of Defendant's position in the Joint Stipulation previously re-filed by Plaintiff John P. Brincko (the "Plaintiff" or "Trustee" (Docket No. 163)) in connection with the Trustee's Motion to Compel, and references and discusses documents or information previously designated by Rio as confidential under the confidentiality order in this case and/or previously filed under seal in this Court, or the United States Bankruptcy or District Court for the Central District of California, prior to the transfer of this action.

    3. The following Exhibits shall be filed under seal pursuant to Fed. R. Civ. P. 5.2(d) and 26(c):

Exhibits to the Declaration of Genevieve G. Weiner, dated May 21, 2010:

- Exhibit 8: Excerpt from the deposition of David Pemberton, Rio's Director of Specialty Games, discussing Rio's internal policies and procedures.
- Exhibit 9: Excerpt from the deposition of Nevada Gaming Commission Agent, Scott Robertson, discussing the Commission's investigation of Salvatore Favata.
- Exhibit 10: Excerpt from the deposition of Nevada Gaming Commission Agent, James Taylor, discussing the Commission's investigation of Salvatore Favata.

IT IS SO ORDERED.

DATED this __5th__ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE