| | |
|---|---|
| JOHN R. BAILEY<br>Nevada Bar No. 000137<br>DENNIS L. KENNEDY<br>Nevada Bar No. 001462<br>BAILEY KENNEDY<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Telephone: (702) 562-8820<br>Facsimile: (702) 562-8821<br><br>BIJAN AMINI (Admitted *Pro Hac Vice*)<br>LITA BETH WRIGHT (Admitted *Pro Hac Vice*)<br>STORCH AMINI & MUNVES PC<br>140 East 45th Street<br>New York, New York 10017<br>Telephone: (212) 490-4100<br>Facsimile: (212) 490-4208<br><br>Attorneys for Plaintiff<br>JOHN P. BRINCKO, as Chapter 11 Trustee Of Debtor National Consumer Mortgage, LLC | JAMES D. BOYLE<br>Nevada Bar No. 08384<br>COTTON, DRIGGS, WALCH,<br>HOLLEY, WOLOSON & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 791-0308<br>jboyle@nevadafirm.com<br><br>JAMES P. FOGELMAN<br>Nevada Bar No. 9803<br>SHANNON E. MADER (Admitted *Pro Hac Vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue, Forty-Seventh Floor<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000<br>jfogelman@gibsondunn.com<br><br>Attorneys for Defendant<br>RIO PROPERTIES, INC. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN P. BRINCKO, as Chapter 11 Trustee of Debtor National Consumer Mortgage, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RIO PROPERTIES INC.,<br><br>　　　　　Defendant. | 2:10-cv-00930-PMP-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER** |

- 1 -

[PROPOSED] STIPULATION AND ORDER

1. WHEREAS, pursuant to this Court's Order, entered on January 14, 2013 (Dkt. No. 247) (the "Order"), the Court granted in part defendant Rio Properties, Inc.'s (the "Rio") Motion in Limine to Exclude the Expert Testimony of Robert Leahy (Dkt. No. 204) only to the extent that the Court allowed it to recover the reasonable costs and attorneys' fees associated with the first deposition of Robert Leahy;

WHEREAS, the Order directed the parties to appear for a settlement conference in this matter before the Honorable Peggy A. Leen (the "Settlement Conference");

WHEREAS, the Order directed the Rio to file a memorandum, supported by an affidavit of counsel, setting forth the amount of fees and costs incurred in connection with the Leahy Deposition within fourteen (14) days after the Settlement Conference if no settlement was reached;

WHEREAS, pursuant to the Order, a settlement conference was held before the Honorable Peggy A. Leen on April 11, 2013, and no settlement was reached;

WHEREAS, the Rio filed its Memorandum of Fees and Costs, with a supporting affidavit of counsel, on April 25, 2013;

WHEREAS, the parties wish to resolve the issue of the amount of fees and costs to be awarded in connection with the Leahy Deposition pursuant to the Order without burdening the Court or the parties with further briefing or motion practice;

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff John P. Brincko (the "Trustee"), as Chapter 11 Trustee of Debtor National Consumer Mortgage, LLC (the "Debtor") and the Rio, by and through their respective undersigned counsel, as follows:

1. Defendant is awarded costs and attorneys' fees in the total amount of $5,000.00 in connection with the Leahy Deposition;

2. Enforcement of the costs and attorneys' fees awarded pursuant to this Stipulation and Order shall be stayed until judgment is entered. The Rio shall be entitled to

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

- 2 -
[PROPOSED] STIPULATION AND ORDER

1  an offset for the costs and fees awarded herein against any judgment entered in
2  favor of the Trustee. The costs and attorneys' fees awarded herein shall be
3  assessed as an allowable cost against the Debtor's Estate in the event judgment is
4  entered in favor of the Rio.

5  DATED: May 3, 2013         BAILEY KENNEDY
6                             and
7                             STORCH AMINI & MUNVES PC

8                             _____
9                             BIJAN AMINI, ESQ.
                              *Attorneys for Plaintiff JOHN P. BRINCKO, as Chapter 11*
10                            *Trustee Of Debtor National Consumer Mortgage, LLC*

11
12  DATED: May 3, 2013         COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON
                               & THOMPSON
13                             and
14                             GIBSON, DUNN & CRUTCHER LLP

15                             _____
16                             JAMES P. FOGELMAN, ESQ.
                               *Attorneys for Defendant RIO PROPERTIES, INC.*
17

18  IT IS SO ORDERED this 6th day of May, 2013.
19

20  _____
21  Hon. Peggy A. Leen, U.S.M.J.

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821