JOHN R. BAILEY
Nevada Bar No. 000137
DENNIS L. KENNEDY
Nevada Bar No. 001462
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 562-8820
Facsimile: (702) 562-8821

BIJAN AMINI (Admitted *Pro Hac Vice*)
LITA BETH WRIGHT (Admitted *Pro Hac Vice*)
STORCH AMINI & MUNVES PC
140 East 45th Street
New York, New York 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208

Attorneys for Plaintiff
JOHN P. BRINCKO, as Chapter 11
Trustee Of Debtor National Consumer
Mortgage, LLC

JAMES D. BOYLE
Nevada Bar No. 08384
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
jboyle@nevadafirm.com

JAMES P. FOGELMAN
Nevada Bar No. 9803
SHANNON E. MADER (Admitted *Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Forty-Seventh Floor
Los Angeles, California 90071
Telephone: (213) 229-7000
jfogelman@gibsondunn.com

Attorneys for Defendant
RIO PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. BRINCKO, as Chapter 11 Trustee of Debtor National Consumer Mortgage, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RIO PROPERTIES INC.,<br><br>Defendant. | 2:10-cv-00930-PMP-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER** |

- 1 -

[PROPOSED] STIPULATION AND ORDER

1. WHEREAS, pursuant to this Court's Order, entered on January 14, 2013 (Dkt. No. 247) (the "Order"), the Court granted in part defendant Rio Properties, Inc.'s (the "Rio") Motion in Limine to Exclude the Expert Testimony of Robert Leahy (Dkt. No. 204) only to the extent that the Court allowed it to recover the reasonable costs and attorneys' fees associated with the first deposition of Robert Leahy;

WHEREAS, the Order directed the parties to appear for a settlement conference in this matter before the Honorable Peggy A. Leen (the "Settlement Conference");

WHEREAS, the Order directed the Rio to file a memorandum, supported by an affidavit of counsel, setting forth the amount of fees and costs incurred in connection with the Leahy Deposition within fourteen (14) days after the Settlement Conference if no settlement was reached;

WHEREAS, pursuant to the Order, a settlement conference was held before the Honorable Peggy A. Leen on April 11, 2013, and no settlement was reached;

WHEREAS, the Rio filed its Memorandum of Fees and Costs, with a supporting affidavit of counsel, on April 25, 2013;

WHEREAS, the parties wish to resolve the issue of the amount of fees and costs to be awarded in connection with the Leahy Deposition pursuant to the Order without burdening the Court or the parties with further briefing or motion practice;

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff John P. Brincko (the "Trustee"), as Chapter 11 Trustee of Debtor National Consumer Mortgage, LLC (the "Debtor") and the Rio, by and through their respective undersigned counsel, as follows:

1. Defendant is awarded costs and attorneys' fees in the total amount of $5,000.00 in connection with the Leahy Deposition;

2. Enforcement of the costs and attorneys' fees awarded pursuant to this Stipulation and Order shall be stayed until judgment is entered. The Rio shall be entitled to

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

- 2 -
[PROPOSED] STIPULATION AND ORDER

an offset for the costs and fees awarded herein against any judgment entered in favor of the Trustee. The costs and attorneys' fees awarded herein shall be assessed as an allowable cost against the Debtor's Estate in the event judgment is entered in favor of the Rio.

DATED: May 3, 2013    BAILEY KENNEDY
and
STORCH AMINI & MUNVES PC

_____
BIJAN AMINI, ESQ.
*Attorneys for Plaintiff JOHN P. BRINCKO, as Chapter 11 Trustee Of Debtor National Consumer Mortgage, LLC*

DATED: May 3, 2013    COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON
and
GIBSON, DUNN & CRUTCHER LLP

_____
JAMES P. FOGELMAN, ESQ.
*Attorneys for Defendant RIO PROPERTIES, INC.*

IT IS SO ORDERED this 6th day of May, 2013.

_____
Hon. Peggy A. Leen, U.S.M.J.

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

- 3 -
[PROPOSED] STIPULATION AND ORDER