UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re:<br><br>NATIONAL CONSUMER MORTGAGE, LLC,<br><br>　　　　Debtor.<br>_____<br>JOHN P. BRINCKO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RIO PROPERTIES, INC.,<br><br>　　　　Defendant.<br>_____ | 2:10-CV-00930-PMP-PAL<br><br><br>ORDER |

　　　　IT IS ORDERED that the following motions are set for hearing at the calendar call currently scheduled for October 30, 2013 at 9:30 a.m.:

- Motion for Leave to File Motion in Limine Under Seal (Doc. #265)
- Motion for Leave to File Motion in Limine Under Seal (Doc. #266)
- Motion in Limine (Doc. #268)
- Motion in Limine (Doc. #270)
- Motion in Limine to Exclude Testimony (Doc. #271)
- Motion in Limine to Exclude Testimony (Doc. #274)
- Motion in Limine to Exclude Testimony (Doc. #275)
- Motion in Limine to Exclude Declarations (Doc. #276)
- Motion in Limine to Exclude Undisclosed Opinions (Doc. #277)

IT IS FURTHER ORDERED that trial counsel shall attend calendar call on October 30, 2013.

DATED:  October 7, 2013

_____
PHILIP M. PRO
United States District Judge