UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| In Re:<br><br>NATIONAL CONSUMER MORTGAGE, LLC,<br><br>        Debtor.<br>_____<br>JOHN P. BRINCKO,<br><br>        Plaintiff,<br><br> v.<br><br>RIO PROPERTIES, INC.,<br><br>        Defendant. | 2:10-CV-00930-PMP-PAL<br><br><br><u>ORDER</u> |

IT IS ORDERED that the following motions are set for hearing at the calendar call currently scheduled for October 30, 2013 at 9:30 a.m.:

- Motion for Leave to File Motion in Limine Under Seal (Doc. #265)

- Motion for Leave to File Motion in Limine Under Seal (Doc. #266)

- Motion in Limine (Doc. #268)

- Motion in Limine (Doc. #270)

- Motion in Limine to Exclude Testimony (Doc. #271)

- Motion in Limine to Exclude Testimony (Doc. #274)

- Motion in Limine to Exclude Testimony (Doc. #275)

- Motion in Limine to Exclude Declarations (Doc. #276)

- Motion in Limine to Exclude Undisclosed Opinions (Doc. #277)

1          IT IS FURTHER ORDERED that trial counsel shall attend calendar call on

2    October 30, 2013.

3

4    DATED:  October 7, 2013

5                                        _____
                                         PHILIP M. PRO
6                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26