1

2

3

4                              UNITED STATES DISTRICT COURT

5                                    DISTRICT OF NEVADA

                                            * * *
6                                             )
   In Re:                                     )
7                                             )
   NATIONAL CONSUMER MORTGAGE,                )        2:10-CV-00930-PMP-PAL
8  LLC,                                       )
                                              )
9           Debtor.                           )
   _____        )        ORDER
10                                            )
   JOHN P. BRINCKO,                           )
11                                            )
            Plaintiff,                        )
12                                            )
    v.                                        )
13                                            )
   RIO PROPERTIES INC.,                       )
14                                            )
            Defendant.                        )
15 _____        )

16          Before the Court is Defendant Rio Properties Inc.'s Emergency Motion for

17 Expedited Hearing on Motion in Limine to Exclude All Evidence Related to Caesars

18 Entertainment Corporation's October 21, 2013 Form 8-K (Doc. #324), filed on November

19 6, 2013.  Having read and considered the motion, and good cause appearing, the Court finds

20 that Rio's Motion should be granted.

21          IT IS THEREFORE ORDERED that Defendant Rio Properties Inc.'s Emergency

22 Motion for Expedited Hearing on Motion in Limine to Exclude All Evidence Related to

23 Caesars Entertainment Corporation's October 21, 2013 Form 8-K (Doc. #324) is hereby

24 GRANTED.

25          IT IS FURTHER ORDERED that Defendant Rio Properties Inc.'s Motion in

26 Limine to Exclude All Evidence Related to Caesars Entertainment Corporation's October

21, 2013 Form 8-K (Doc. #323) is set for hearing on Thursday, November 21, 2013, at 9:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Plaintiff John P. Brincko shall file a response to Defendant Rio Properties Inc.'s Motion in Limine to Exclude All Evidence Related to Caesars Entertainment Corporation's October 21, 2013 Form 8-K (Doc. #323) on or before November 15, 2013.

IT IS FURTHER ORDERED that Plaintiff John P. Brincko's Motion in Limine for an Order Excluding All References to Bank of America's Misconduct (Doc. #321) is set for hearing on Thursday, November 21, 2013, at 9:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Defendant Rio Properties Inc. shall file a response to Plaintiff John P. Brincko's Motion in Limine for an Order Excluding All References to Bank of America's Misconduct (Doc. #321) on or before November 15, 2013.

DATED: November 7, 2013

_____
PHILIP M. PRO
United States District Judge