UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re:<br><br>NATIONAL CONSUMER MORTGAGE, LLC,<br><br>        Debtor.<br>_____<br><br>JOHN P. BRINCKO,<br><br>        Plaintiff,<br><br>v.<br><br>RIO PROPERTIES INC.,<br><br>        Defendant. | 2:10-CV-00930-PMP-PAL<br><br><u>ORDER</u> |

Before the Court is Defendant Rio Properties Inc.'s Emergency Motion for Expedited Hearing on Motion in Limine to Exclude All Evidence Related to Caesars Entertainment Corporation's October 21, 2013 Form 8-K (Doc. #324), filed on November 6, 2013. Having read and considered the motion, and good cause appearing, the Court finds that Rio's Motion should be granted.

IT IS THEREFORE ORDERED that Defendant Rio Properties Inc.'s Emergency Motion for Expedited Hearing on Motion in Limine to Exclude All Evidence Related to Caesars Entertainment Corporation's October 21, 2013 Form 8-K (Doc. #324) is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant Rio Properties Inc.'s Motion in Limine to Exclude All Evidence Related to Caesars Entertainment Corporation's October

21, 2013 Form 8-K (Doc. #323) is set for hearing on Thursday, November 21, 2013, at 9:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Plaintiff John P. Brincko shall file a response to Defendant Rio Properties Inc.'s Motion in Limine to Exclude All Evidence Related to Caesars Entertainment Corporation's October 21, 2013 Form 8-K (Doc. #323) on or before November 15, 2013.

IT IS FURTHER ORDERED that Plaintiff John P. Brincko's Motion in Limine for an Order Excluding All References to Bank of America's Misconduct (Doc. #321) is set for hearing on Thursday, November 21, 2013, at 9:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Defendant Rio Properties Inc. shall file a response to Plaintiff John P. Brincko's Motion in Limine for an Order Excluding All References to Bank of America's Misconduct (Doc. #321) on or before November 15, 2013.

DATED: November 7, 2013

_____
PHILIP M. PRO
United States District Judge