UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

In Re:

NATIONAL CONSUMER MORTGAGE, LLC,

       Debtor.

_____

JOHN P. BRINCKO,

       Plaintiff,

v.

RIO PROPERTIES, INC.,

       Defendant.

2:10-CV-00930-PMP-PAL

ORDER

     IT IS ORDERED that Defendant Rio Properties, Inc.'s Motion in Limine to Exclude Alex Seddio's Undisclosed Opinions (Doc. #277) is hereby DENIED.

DATED:  November 21, 2013

_____
PHILIP M. PRO
United States District Judge