UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re:<br><br>NATIONAL CONSUMER MORTGAGE, LLC,<br><br>        Debtor.<br>_____<br>JOHN P. BRINCKO,<br><br>        Plaintiff,<br><br>v.<br><br>RIO PROPERTIES, INC.,<br><br>        Defendant.<br>_____ | 2:10-CV-00930-PMP-PAL<br><br><br><br>ORDER |

      Before the Court is Plaintiff John P. Brincko's Motion in Limine for an Order Excluding All References to Bank of America's Misconduct (Doc. #321).  The Court will deny the Motion.  After briefing and oral argument on this Motion, it still is not clear exactly what evidence, if any, Defendant Rio Properties, Inc. would seek to offer as to Bank of America's conduct and what specifically the Trustee seeks to exclude.  The Court concludes the only appropriate way to deal with this issue is to deny the Motion without prejudice to renew at trial in the context of the evidence offered.

      IT IS THEREFORE ORDERED that Plaintiff John P. Brincko's Motion in Limine for an Order Excluding All References to Bank of America's Misconduct (Doc. #321) is hereby DENIED without prejudice to renew at trial.

DATED:  November 21, 2013

_____
PHILIP M. PRO
United States District Judge