UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRINCKO<br><br>**Plaintiff,**<br><br>VS.<br><br>RIO PROPERTIES INC<br><br>**Defendant,** | 2:10-CV-930 PMP-PAL |

### ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

February 3, 2014

_____
PHILIP M. PRO, U.S. District Judge