UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In Re:<br><br>NATIONAL CONSUMER MORTGAGE, LLC,<br><br>           Debtor.<br>_____<br><br>JOHN P. BRINCKO,<br><br>           Plaintiff,<br><br> v.<br><br>RIO PROPERTIES, INC.,<br><br>           Defendant. | 2:10-CV-00930-PMP-PAL<br><br>ORDER |

On February 4, 2014, the Court ordered Plaintiff John P. Brincko and Defendant Rio Properties, Inc. to meet and confer and file a joint proposed judgment reflecting the Jury Verdict. (Min. Order (Doc. #370).) Rather than filing a joint proposed judgment, the parties separately filed motions for judgment and competing proposed judgments. (Def. Rio Properties, Inc.'s Mot. in Support of Proposed J. (Doc. #382); Pl.'s Mot. for Entry of J., Prejudgment Interest, and Post-J. Interest (Doc. #383).)

To conform the response and reply deadlines for the parties' motions, IT IS HEREBY ORDERED that the parties shall have a common response deadline of March 3, 2014. IT IS FURTHER ORDERED that the parties shall file their replies on March 10, 2014.

DATED: February 14, 2014

_____
PHILIP M. PRO
United States District Judge