JAMES D. BOYLE
Nevada Bar No. 08384
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email:         jboyle@nevadafirm.com

JAMES P. FOGELMAN
Nevada Bar No. 09803
SHANNON E. MADER
Cal. Bar No. 235271, *admitted pro hac vice*
RACHEL N. PERAHIA
Cal. Bar No. 266877, *admitted pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:    213/229-7000
Facsimile:    213/229-6234
Email:         jfogelman@gibsondunn.com
               smader@gibsondunn.com
               rperahia@gibsondunn.com

*Attorneys for Defendant Rio Properties, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. BRINCKO, as Chapter 11 Trustee of Debtor National Consumer Mortgage, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RIO PROPERTIES INC.,<br><br>Defendant. | CASE NO.:   2:10-cv-00930-PMP-PAL<br><br>**DEFENDANT RIO PROPERTIES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE REGARDING SEALED DOCUMENTS**<br><br>(First Request) |

Pursuant to LR 6-1 and LR 6-2, Defendant Rio Properties, Inc. (the "Rio") hereby submits this Unopposed Motion for Extension of Time to File Response to Order to Show Cause Regarding Sealed Documents (the "Motion"). The Rio respectfully requests that this Court grant the Rio a ten (10) day extension to file a response to the Order to Show Cause entered by the

Court on May 8, 2014 (Dkt. No. 390) (the "OSC"). The Rio has received confirmation from counsel for Plaintiff John P. Brincko, as Chapter 11 Trustee of Debtor National Consumer Mortgage, Inc. (the "Trustee"), that the Trustee does not oppose the Rio's Motion.

By its Order, the Court required the Rio and the Trustee to "show cause, in writing no later than June 6, 2014, why each of the sealed filings in this case should not be unsealed", and further required the parties to provide a redacted copy of any document for which the Rio and/or the Trustee sought to seal only a portion of the document. *See* OSC, at 2:6-9.

This case involved the filing of hundreds of pleadings and records, including thousands of pages of exhibits thereto, as well as the presentation of hundreds of multiple-page trial exhibits. Many of these documents and exhibits were initially filed under seal *in toto*. The Rio is making a diligent review of all documents and exhibits that were filed with this Court, as well as those that were filed originally with the United States Bankruptcy Court for the Central District of California, to ensure that all documents for which the Rio believes a justification for retaining the sealed filing of a document or exhibit—in whole or in part—are properly identified in the Rio's response to the OSC. In particular, the Rio is aware that multiple documents contain information that is subject to this Court's Special Order No. 108. The Rio must prepare a redacted copy of the document that properly protects private individual information pursuant to Special Order No. 108, and present the redacted substitute document in compliance with the OSC. The Rio needs a short additional time period in which to ensure that it has completed its review of all of these documents and exhibits, and has prepared a thorough response to the OSC.

///
///
///
///
///
///
///

Thus, the Rio respectfully requests that this Court provide a ten (10) day extension—through and including June 16, 2014—for the Rio to prepare and submit its response to the OSC.

DATED this 6th day of June, 2014.

        **COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON**

        */s/ James D. Boyle*
        JAMES D. BOYLE
        Nevada Bar No. 08384
        400 South Fourth Street, Third Floor
        Las Vegas, Nevada 89101

        **GIBSON, DUNN & CRUTCHER LLP**

        JAMES P. FOGELMAN
        Nevada Bar No. 09803
        SHANNON E. MADER
        Cal. Bar No. 235271, *admitted pro hac vice*
        RACHEL N. PERAHIA
        Cal. Bar No. 266877, *admitted pro hac vice*
        333 South Grand Avenue
        Los Angeles, California 90071-3197

        *Attorneys for Defendant Rio Properties, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
June 9, 2014

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 6th day of June, 2014, I caused the document entitled **DEFENDANT RIO PROPERTIES, INC.'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE REGARDING SEALED DOCUMENTS**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| John R. Bailey, Esq.<br>Dennis L. Kennedy, Esq.<br>BAILEY KENNEDY LLP<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | John P. Brincko<br>*Chapter 11 Trustee of Debtor National Consumer Mortgage LLC* | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Bijan Amini, Esq.<br>Lita Beth Wright, Esq.<br>Noam Besdin, Esq.<br>STORCH AMINI & MUNVES P.C.<br>140 East 45th Street<br>New York, New York 10017<br><br>*Admitted Pro Hac Vice* | John P. Brincko<br>*Chapter 11 Trustee of Debtor National Consumer Mortgage LLC* | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

/s/ *Evelyn M. Pasbor*
An employee of Cotton, Driggs, Walch, Holley, Woloson & Thompson