UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In Re:<br><br>NATIONAL CONSUMER MORTGAGE, LLC,<br><br>　　　　　Debtor.<br>_____<br>JOHN P. BRINCKO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RIO PROPERTIES, INC.,<br><br>　　　　　Defendant.<br>_____ | 2:10-CV-00930-PMP-PAL<br><br><br>ORDER |

　　　IT IS ORDERED that the parties shall file a joint status report regarding the proceedings before the Bankruptcy Court on or before August 28, 2014.

　　　IT IS FURTHER ORDERED that the parties shall file joint status reports every ninety days thereafter until this matter is closed.

DATED: July 28, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　United States District Judge