JOHN R. BAILEY
Nevada Bar No. 000137
DENNIS L. KENNEDY
Nevada Bar No. 001462
RUSSELL J. BURKE
Nevada Bar No. 12710
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 562-8820
jbailey@baileykennedy.com
dkennedy@baileykennedy.com
rburke@baileykennedy.com

BIJAN AMINI (*Pro Hac Vice*)
LITA BETH WRIGHT (*Pro Hac Vice*)
NOAM BESDIN (*Pro Hac Vice*)
STORCH AMINI & MUNVES PC
140 East 45th Street
New York, New York 10017
Telephone: (212) 490-4100
bamini@samlegal.com
lbwright@samlegal.com
nbesdin@samlegal.com

*Attorneys for Plaintiff*
*JOHN P. BRINCKO, as Chapter 11*
*Trustee Of Debtor National Consumer*
*Mortgage, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN P. BRINCKO, as Chapter 11 Trustee of Debtor National Consumer Mortgage, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RIO PROPERTIES INC.,<br><br>Defendant. | 2:10-cv-00930-PMP-PAL<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

1   WHEREAS, the above-captioned action (the "Action") was tried before a jury from
2   January 21 to February 3, 2014, in the United States District Court, District of Nevada, Case No.
3   2:10-CV-00930;

4   WHEREAS, the jury rendered its verdict on February 3, 2014; *and*

5   WHEREAS, defendant Rio Properties, Inc. (the "Rio") filed a proposed judgment on
6   February 11, 2014 (Docket No. 382), which plaintiff John P. Brincko (the "Trustee"), as Chapter
7   11 Trustee of Debtor National Consumer Mortgage, LLC (the "Debtor") opposed on March 3,
8   2014 (Docket No. 386), to which Rio replied on March 10, 2014 (Docket No. 387); *and*

9   WHEREAS, Plaintiff filed a proposed judgment, and moved the Court for prejudgment
10  interest and post-judgment interest, on February 13, 2014 (Docket No. 383) ("Plaintiff's
11  Motion"), which Rio opposed on March 3, 2014 (Docket No. 385), to which Plaintiff replied on
12  March 10, 2014 (Docket No. 388); *and*

13  WHEREAS, the Court issued an Order, dated May 8, 2014 (Docket No. 389), granting
14  in part and denying in part Rio's Motion, and granting in part and denying in part Plaintiff's
15  Motion (the "May 8 Order");

16  WHEREAS, the May 8 Order directed Plaintiff to file, by June 6, 2014, a proposed
17  judgment consistent with the jury's verdict and the May 8 Order;

18  WHEREAS, pursuant to the May 8 Order, Plaintiff filed a Notice of Submission of
19  Proposed Judgment on May 22, 2014 (Dkt No. 301) (the "Proposed Judgment");

20  WHEREAS, on June 3, 2014, the parties executed a settlement agreement resolving the
21  disputes between them (the "Settlement");

22  WHEREAS, Plaintiff, as Chapter 11 Trustee of the Debtor, filed a motion on June 18,
23  2014 pursuant to Fed. Bankr. R. 9019 in the United States Bankruptcy Court for the Central
24  District of California (the "Bankruptcy Court"), where the Debtor's bankruptcy case is pending,
25  *seeking an order approving the Settlement (the "9019 Motion");*

1   WHEREAS, on July 28, 2014, this Court ordered the parties to file a joint status report
2   regarding the proceedings before the Bankruptcy Court on or before August 28, 2014 (Docket
3   No. 404);

4   WHEREAS, on August 26, 2014, the Bankruptcy Court entered an Order approving the
5   Settlement (Case 8:06-bk-10429-TA, Docket No. 694);

6   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and the Rio,
7   by and through their respective undersigned counsel, that the Action is hereby dismissed with
8   prejudice in its entirety pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.
9   Respectfully submitted,

| | |
|---|---|
| **BAILEY KENNEDY LLP**<br><br>By: /s/Russell J. Burke<br>JOHN R. BAILEY<br>DENNIS L. KENNEDY<br>RUSSELL J. BURKE<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>**STORCH AMINI & MUNVES PC**<br>BIJAN AMINI<br>LITA BETH WRIGHT<br>NOAM M. BESDIN<br>140 East 45th Street<br>New York, New York 10017<br><br>*Attorneys for Plaintiff*<br>*JOHN P. BRINCKO, as Chapter 11*<br>*Trustee Of Debtor National Consumer*<br>*Mortgage, LLC* | **HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON**<br><br>By: /s/James D. Boyle<br>JAMES D. BOYLE<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>JAMES P. FOGELMAN<br>SHANNON E. MADER<br>333 South Grand Avenue, Forty-Seventh Floor<br>Los Angeles, California 90071<br><br>*Attorneys for Defendant*<br>*RIO PROPERTIES, INC.* |

**IT IS SO ORDERED.**

Dated this 28th day of August, 2014.

_____
PHILIP M. PRO,
UNITED STATES DISTRICT JUDGE