# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \*

| | |
|---|---|
| JOHN P. BRINKO, as Chapter 11 Trustee of Debtor National Consumer Mortgage, LLC<br><br>    Plaintiff(s),<br><br>vs.<br><br>RIO PROPERTIES, INC.,<br><br>    Defendant(s). | 2:10-cv-00930-PMP-PAL |

## ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 PM on **May 11, 2016** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **May 11, 2016**, the Clerk is authorized to destroy said exhibits.

Dated: April 26, 2016

_____
U.S. DISTRICT JUDGE

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by: _____

**PLEASE PRINT NAME**: _____ Date: _____